UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ZELIMIR SHEM MCDOWELL, | | |
| Plaintiff, | | Case No. C18-1328-RSL |
| v. | | ORDER OF DISMISSAL |
| JOHN DOE, et al., | | |
| Defendants. | | |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation;

(2) This action is DISMISSED with prejudice for failure to state a claim upon which relief may be granted;

(3) Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, is DENIED as moot; and

\\

\\

ORDER OF DISMISSAL - 1

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

Dated this 13th day of November, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2